20310. MERCER *v.* THE STATE.

BLOODWORTH, J. The motion for a new trial contained the usual general grounds only; the verdict was authorized by the evidence, and the refusal to grant a new trial was not error.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED APRIL 16, 1930.

*Early W. Butler,* for plaintiff in error.
*Charles H. Garrett, solicitor-general,* contra.